**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Burns, City Manager
C/o City of Lowell
301 East Main St.
Lowell, MI 49331

9590 9402 6690 1060 5394 45

2. Article Number (Transfer from service label)

7021 0350 0001 6069 3191

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  B E Davies
☐ Agent
☐ Addressee

B. Received by (Printed Name)
JC El El 7

C. Date of Delivery
10-21-

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 6690 1060 5394 45

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

JOHNSON LAW, PLC
535 Griswold St., Ste. 2600
Detroit, MI 48226

RECEIVED
OCT 29 2021
BY: ------

SMR

Bledsoe
211059