UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHMEKA CRAIG MILES, next friend of
W.B.,

    Plaintiff,

v.

JASON DIAZ, et al.,

    Defendants.
_____/

Case No. 1:21-cv-892

Hon. Hala Y. Jarbou

## ORDER

The Court having reviewed the parties' Stipulated Motion for Extension of Discovery Deadlines (ECF No. 36),

**IT IS ORDERED** that the parties' motion (ECF No. 36) is **GRANTED IN PART** and **DENIED IN PART**. The motion is granted as to the extension of fact discovery, expert discovery, and dispositive motions. The motion is denied as to Rule 26(a)(2)(A) expert disclosures as those dates have already passed.

**IT IS FURTHER ORDERED** that the deadlines for discovery and dispositive motions are as set forth below:

    a.    Completion of Fact Discovery:    September 27, 2022

    b.    Completion of Expert Discovery:    December 27, 2022

    c.    Dispositive Motions:    October 25, 2022

Dated: August 1, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE