## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

SHMEKA CRAIG MILES
as NEXT FRIEND of W.B.,

      Plaintiff,

v.

JASON DIAZ,
CHRISTOPHER HURST; and
THE CITY LOWELL,

      Defendants.

Case No. 1:21-cv-00892
HON. HALA J. JARBOU
MAG. JUDGE SALLY J. BERENS

---

| | |
|---|---|
| AYANNA D. HATCHETT (P70055) | G. GUSS MORRIS (P32960) |
| MADELINE M. SINKOVICH (P82846) | ROBERT W. VanWERT (P70957) |
| JOHNSON LAW, PLC | McGRAW MORRIS, PC |
| Attorneys for Plaintiff | Attorneys for Defendants |
| The Buhl Building | 2075 W. Big Beaver Rd., Ste. 750 |
| 535 Griswold, Ste. 2600 | Troy, MI  48084 |
| Detroit, MI  48226 | (248) 502.4000 |
| (313) 324.8300 | gmorris@mcgrawmorris.com |
| ahatchett@venjohnsonlaw.com | rvanwert@mcgrawmorris.com |
| msinkovich@venjohnsonlaw.com | |

### SECOND STIPULATED ORDER FOR PARTIAL EXTENSION OF THE SCHEDULING ORDER

      With this Honorable Court being fully advised in the premises of this matter, the parties state their agreement as follows:

      Therefore, with this Court's permission, the parties propose to partially extend the current Scheduling Order as follows, or for however long this Court deems

appropriate:

| EVENT | ORIGINAL DATE | ADJOURNED DATE |
|---|---|---|
| Plaintiffs' Expert Reports | August 25, 2022 | November 25, 2022 |
| Defendants' Expert Reports | September 26, 2022 | December 26, 2022 |
| Completion of Expert Discovery | December 27, 2022 | February 27, 2023 |

It is ordered. This Order does not close this case.

_____
UNITED STATES DISTRICT JUDGE

STIPULATED BY:

*/s/ Ayanna D. Hatchett*
Ayanna D. Hatchett (P70055)
Attorney for Plaintiff

*/s/ Robert w. VanWert*
ROBERT W. VanWERT (P70957)
Attorney for Defendants


Dated:  August 25, 2022