UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHMEKA CRAIG MILES,

        Plaintiff,                                Case No. 1:21–cv–892

v.                                       Hon. Hala Y. Jarbou

JASON DIAZ, et al.,

        Defendants.
_____/

## ORDER

       This matter is before the Court on Defendants' Motion for Leave to Take the Deposition of Plaintiff Pursuant to Rule (30)(a)(2)(B). (ECF No. 40.) Upon review of the motion and related filings, Defendants are granted leave to take the deposition of minor Plaintiff W.B., currently incarcerated at the Kent County Jail.

       IT IS SO ORDERED.

Dated: September 14, 2022                      /s/ Sally J. Berens
                                                        SALLY J. BERENS
                                                         U.S. Magistrate Judge